UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:
EMILIO MARGOLLES-CLARK
SSN XXX.XX.5421
MARIA ELENA ALARCON
SSN:XXX.XX.7494

Case Number  09-24660-BKC-LMI
Chapter 13

Debtors.
_____/

## DEBTORS' NOTICE OF CHANGE OF ADDRESS

Debtors', **EMILIO MARGOLLES-CLARK and MARIA ELENA ALARCON**, by and through undersigned counsel, hereby file this notice of change of address as follows:

**13229 SW 9th Lane
Miami, FL. 33184**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed either via ECF, electronically or by Regular U.S. Mail on the **30th** day of **October, 2014** to all the parties listed on the Creditor Mailing Matrix.

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

SANDRA NAVARRO-GARCIA, P.A.
Counsel for the Debtor
7951 SW 40th Street, Suite 202
Miami, Fl 33155
E-MAIL: SANDRA@SNGLAW.NET
Telephone: 305-264-7500
Facsimile: 305-264-7587

*/s/ Sandra Navarro-Garcia*
Sandra Navarro-Garcia, Esq., FBN 188735